December 12, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

WASHINGTON SQUARE FINANCIAL, L.L.C. D/B/A IMPERIAL
STRUCTURED SETTLEMENTS, Appellant/Cross-Appellee

NO. 14-12-00683-CV
NO. 14-12-00702-CV                 V.

RSL FUNDING L.L.C., Appellee/Cross-Appellant

_____

        This cause, an appeal from the judgment signed June 29, 2012 in favor of appellee RSL Funding L.L.C., and of the interlocutory summary-judgment order signed June 14, 2011 and made final by the later judgment, was heard on the transcript of the record. We have inspected the record and find no error in any of the challenged rulings. We order the final judgment of the court below **AFFIRMED**.

        We order that each party shall pay its costs by reason of these appeals.

        We further order this decision certified below for observance.